UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAYDE ASSET TRADING LLC,
                      Plaintiff,

      -v-

DIAMON HEAD 8 (IRELAND) DAC,
                      Defendant.

20-CV-5306 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff in this case filed their cases under seal by filing redacted copies of the complaint, declaration, and memorandum in support.  (Dkt. No. 3.)  Plaintiff is hereby instructed to use the ECF sealed-filing functionality to re-file all three documents on ECF without redaction on or before August 4, 2020.

    SO ORDERED.

Dated: July 21, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

1